

NUMBER 13-09-00514-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IN THE INTEREST OF K. Z., A CHILD

On Appeal from the 139th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Vela
Memorandum Opinion Per Curiam**

Appellant, Marisol Munoz, perfected an appeal from a judgment entered by the 139th District Court of Hidalgo County, Texas, in trial court cause number C-2257-94-C. Appellant has filed an unopposed notice of non-suit with prejudice on the grounds that the parties have settled all matters in controversy, thus rendering this appeal moot. Appellant requests that this Court dismiss the appeal with prejudice.

The Court, having considered the documents on file and appellant's unopposed notice of non-suit with prejudice requesting the Court to dismiss the appeal, is of the

opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
20th day of May, 2010.